```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,              :
                                       :         MEMORANDUM AND ORDER
                                       :
                                       :         09-CR-215 (ENV)
       -against-                       :
                                       :
RIAD KHALIL,                           :
                                       :
                       Defendant.      :
                                       :
------------------------------------------------------------- x
```

VITALIANO, D.J.

      In scheduling a hearing on the motion of *pro se* Dr. Jeffrey Lucido to quash/modify defendant's subpoena, the Court advised defendant's counsel telephonically that the docket did not reflect any request by defendant for a <u>Fatico</u> hearing. In response, defendant's counsel advised that the subpoena of Dr. Lucido was withdrawn. Accordingly, the motion of Dr. Lucido to quash/modify the subpoena is denied as moot. The Clerk will advise Dr. Lucido by mail.

      SO ORDERED.

Dated:      Brooklyn, New York
             June 23, 2010

                                                  /s/
                                                  ERIC N. VITALIANO
                                                  United States District Judge